# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

Robert James Dudash

**Plaintiff,**

**V.**

San Diego County Health and Human Services Agency

**Defendant.**

**Civil Action No.** 26-cv-04063-TWR-BJW

## JUDGMENT IN A CIVIL CASE

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court dismisses without prejudice the Petition for Writ of Habeas Corpus.

**Date:** 8/3/26

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By: s/ S. Tweedle
S. Tweedle, Deputy